JESSICA T. FEHR
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, Montana 59103
2929 Third Avenue North, Suite 400
Billings, MT 59101
Phone: (406) 247-4637
FAX: (406) 657-6058
Email: Jessica.Fehr@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
BILLINGS DIV.

2011 SEP 23 PM 2 21

PATRICK E. DUFFY, CLERK
BY _K._
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN ALLEN BRACKNEY and TABITHA BRACKNEY, <br><br> Defendant. | CR 11- 107 -BLG-RFC <br><br> **INDICTMENT** <br><br> FALSE STATEMENTS <br> Title 18 U.S.C. §§ 1001(a)(1) and 2 <br> (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

1

THE GRAND JURY CHARGES:

On or about August 8, 2008, and continuing thereafter until on or about June 30, 2010, at Billings, in the State and District of Montana, the defendants, JOHN ALLEN BRACKNEY and TABITHA BRACKNEY, in a matter within the jurisdiction of an Agency and Department of the United States, that being the Department of Housing and Urban Development, willfully and knowingly falsified, concealed and covered up by some trick, scheme and device, material facts, in that JOHN ALLEN BRACKNEY and TABITHA BRACKNEY, falsely stated and represented their household income to be significantly lower than it actually was in order to obtain more rental assistance than they would have otherwise been eligible to receive, in violation of 18 U.S.C. § 1001(a)(1) and 18 U.S.C. § 2.

///

///

///

///

///

///

A TRUE BILL.

*/s/ Jim Bene*
FOREPERSON

*/s/ Michael W. Cotter*
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

*/s/ C. My Jean*
KRIS A. MCLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Return date
10-21-2011
10:00 am
CSO

**Crim. Summons** ✓

**Warrant:** _____

**Bail:** _____